MICHAEL KAVANAGH, Appellant, *v.* AMZI L. BARBER, Respondent.

*Kavanagh* v. *Barber*, 68 Hun, 183, affirmed.
(Argued May 27, 1896; decided June 16, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order

made March 28, 1893, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Circuit dismissing the complaint upon the merits.

*H. C. Day* for appellant.

*Sheldon T. Viele* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except HAIGHT, J., not sitting.